# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT FEKERIS,

  Plaintiff,                                  CASE NO.:  8:20-cv-2810-SCB-AAS

-vs-

SYNCHRONY BANK,

  Defendant.

                                     /

## NOTICE OF SETTLEMENT

Plaintiff, Robert Fekeris by and through the undersigned counsel, hereby notifies the Court that he and Synchrony Bank have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court and furnished to all counsel of record by using the CM/ECF system on this 19th of August, 2021.

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              fkerney@forthepeople.com
                                              mjones@forthepeople.com
                                              *Counsel for Plaintiff*